**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESUS GUADALUPE-ROSALES,

Defendant.

Case No. 2:26-mj-00276-EJY

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 5, 2026 at the hour of 4:00 p.m., be vacated and continued to Ocotber 20, 2026 at 4:00 p.m.

DATED this 21st day of July 2026.

Elayna J. Youchah

UNITED STATES MAGISTRATE JUDGE